# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| DAN J. QUALE, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO.: 09-0519-CG-M |
| UNIFUND CCR PARTNERS, et al., | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Counts Two and Three of Plaintiff's Complaint be and are hereby **DISMISSED** without prejudice as to Defendant Unifund CCR Partners.

**DONE and ORDERED** this 27th day of January, 2010.

                                                  /s/ Callie V. S. Granade
                                         CHIEF UNITED STATES DISTRICT JUDGE