IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAN J. QUALE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 09-00519-CG-M |
| | ) |
| UNIFUND CCR PARTNERS, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

This cause is before the court on the parties' joint stipulation for dismissal. (Doc. 42). Accordingly, pursuant to FED.R.CIV.P. 41(a)(2), it is **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**DONE and ORDERED** this 11th day of May, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE